E42

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of January 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Lorena Bukovi, aka Lorena L. Bukovi, et al.**<br><br>**Defendants.** | Case No. 5:07-cv-2247<br><br>Judge Sara Lioi<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE SARA LIOI

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE:  September 26, 2007

                                             s/ Sara Lioi
                                             Judge Sara Lioi
                                             UNITED STATES DISTRICT JUDGE